James E. Cecchi
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH KAUFMAN, EDNA PARKER, and CARROLL GIBBS<br><br>Plaintiffs<br><br>v.<br><br>BMW AG, BMW NORTH AMERICA, LLC, VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., AUDI AG, AUDI OF AMERICA, INC., AUDI OF AMERICA, LLC, DR. ING. H.C.F. PORSCHE AG, PORSCHE CARS OF NORTH AMERICA, INC., BENTLEY MOTORS LIMITED, DAIMLER AG, MERCEDES-BENZ USA, MERCEDES-BENZ VANS, LLC, and MERCEDES-BENZ US INTERNATIONAL,<br><br>Defendants. | Case No. 2:17-cv-05440 |

### NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elizabeth Kaufman and Carroll Gibbs voluntarily dismiss their claims in the above-captioned action against all Defendants without prejudice and without costs to any party. Defendants have not filed answers or motions for summary judgment in the action. This notice of voluntary dismissal is made without prejudice to Plaintiffs' rights as absent class members.

DATE: August 2, 2017

Respectfully submitted,

**CARELLA BRYNE CECCHI OLSTEIN BRODY & AGNELLO, PC**

By: /s/ James E. Cecchi
James E. Cecchi

*[signature]*
Aug. 3-17

**ROBINS KAPLAN LLP**

/s/ Hollis Salzman
Hollis Salzman
Kellie Lerner
Robyn R. English
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com
REnglish@RobinsKaplan.com

*Attorneys for Plaintiffs and the Proposed Classes*

1