James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA PARKER, | : |
| | : |
| Plaintiff | : Case No. 2:17-cv-05440 |
| | : |
| v. | : |
| | : |
| BMW AG, BMW NORTH AMERICA, LLC, VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., AUDI AG, AUDI OF AMERICA, INC., AUDI OF AMERICA, LLC, DR. ING. H.C.F. PORSCHE AG, PORSCHE CARS OF NORTH AMERICA, INC., BENTLEY MOTORS LIMITED, DAIMLER AG, MERCEDES-BENZ USA, MERCEDES-BENZ VANS, LLC, and MERCEDES-BENZ US INTERNATIONAL, | : |
| | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL**

      NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Edna Parker voluntarily dismiss her claims in the above-captioned action against all Defendants without prejudice and without costs to any party. Defendants have not filed answers or motions for summary judgment in the action. This notice of voluntary dismissal is made without prejudice to Plaintiff's rights as an absent class member.

DATE: October 23, 2017

Respectfully submitted,

CARELLA, BRYNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

By: /s/ James E. Cecchi
      James E. Cecchi

*Attorney for Plaintiff Edna Parker and the Proposed Classes*

10/26/17   SO ORDERED

      Madeline Cox Arleo, U.S.D.J.

1